IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAY WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  1:24CV445 |
| | ) |
| USA, et al., | ) |
| | ) |
| Defendant(s). | ) |

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of Texas, mailed to the Court an envelope declaring the "DOJ" to be pure evil and to have committed a number of crimes. It contained a single handwritten page which Plaintiff appears to intend as some type of legal action seeking damages based on slavery, safety code violations, treason, and possibly other crimes. Most of the document is nonsensical. Out of an abundance of caution, the Court treated the filing as a civil rights action pursuant to 42 U.S.C. § 1983. So treated, the form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1. The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed and signed by Plaintiff, to permit review.

2. The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(d).

3. Plaintiff's claims are not understandable.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint. The Court notes that whatever action Plaintiff seeks to file does not appear to have any connection to the Middle District of North Carolina. If Plaintiff does seek to file a legal action, he should obtain the proper forms from a district where the potential Defendants reside or where the events underlying his claims occurred and file the case in that district.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms and in a proper district, which corrects the defects cited above.

This, the 5th day of June, 2024.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**