```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

```
JAY WILLIAMS,                    )
                                 )
              Plaintiff,         )
                                 )
      v.                         )      1:24-cv-445
                                 )
USA, and STATE OF TEXAS,         )
                                 )
              Defendants.        )
```

## ORDER

This matter is before the court for review of the Order and
Recommendation ("Recommendation") filed on June 5, 2024, by the
United States Magistrate Judge in accordance with 28 U.S.C. §
636(b). (Doc. 2.) The Recommendation was served on Plaintiff on
June 5, 2024. (Doc. 3.) Plaintiff filed a "Notice" in response
to the Recommendation which was docketed as an objection. (Doc.
4.)

This court is required to "make a de novo determination of
those portions of the [Magistrate Judge's] report or specified
proposed findings or recommendations to which objection is
made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or
modify, in whole or in part, the findings or recommendations
made by the [M]agistrate [J]udge . . . [O]r recommit the matter
to the [M]agistrate [J]udge with instructions."

The Court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. Therefore, this Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice to Plaintiff filing a new complaint, on the proper forms and in the proper district, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 27th day of June, 2024.

_____
United States District Judge

- 2 -